GEORGE W. BRAYTON, Individually and as Assignee of JOHN A. SHELDON and THOMAS LAWLOVER, Respondent, *v.* HENRY L. SHERMAN, as Administrator with the Will Annexed of AUGUSTUS SHERMAN, Deceased, Appellant, Impleaded with Others.

*Brayton* v. *Sherman*, 45 App. Div. 58, affirmed.
(Argued March 6, 1901; decided March 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 2, 1899, reversing a judgment in favor of defendant entered upon the report of a referee and granting a new trial.

*L. M. Brown* for appellant.

*James H. Bain* and *C. S. Enches* for respondent.

Order affirmed and judgment absolute ordered against defendant on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

In the Matter of the Application for Letters of Administration of the Estate of CYNTHIA M. CAMERON, Deceased.

NERVA G. FARLIN et al., by LOUIS M. BROWN, their Special Guardian, Appellants; THEODORE FARLIN et al., Respondents.

*Matter of Cameron*, 47 App. Div. 120, affirmed.
(Argued March 6, 1901; decided March 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, made November 15, 1899, affirming a decree of the Surrogate's Court of Warren county granting letters of administration upon the estate of Cynthia M. Cameron, deceased.

*Louis M. Brown*, as special guardian, for appellants.

*James C. Rogers* for respondents.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not sitting: LANDON, J.